IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHANCE CLYCE, ET AL.,                      §
                                           §
         Plaintiffs,                       §
                                           §
V.                                         §        No. 3:15-cv-793-S
                                           §
NADINE BUTLER, ET AL.,                     §
                                           §
         Defendants.                       §

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that leave to amend the complaint is DENIED and this action is DISMISSED with prejudice.

SIGNED this _____ day of _____, 2018.


_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE