# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CHANCE CLYCE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-793-S-BN |
| | § | |
| FREDERICK FARLEY, KENNETH | § | |
| WRIGHT, and SHANIGIA WILLIAMS | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 113. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Defendants Wright & Williams' Motion for Summary Judgment Based on Qualified Immunity Defense [ECF No. 104], and Plaintiff's claims against them will be **DISMISSED WITH PREJUDICE** by separate judgment. Plaintiff's claims against Defendant Frederick Farley will also be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 25(a).

**SO ORDERED.**

SIGNED March 3, 2022.

_____
**UNITED STATES DISTRICT JUDGE**