# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHANCE CLYCE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-793-S-BN |
| | § | |
| | § | |
| FREDERICK FARLEY, KENNETH | § | |
| WRIGHT, and SHANIGIA WILLIAMS | § | |

## JUDGMENT

The Court has entered its Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case and granting Defendants Wright & Williams' Motion for Summary Judgment Based on Qualified Immunity Defense [ECF No. 104].

It is therefore **ORDERED** that Defendants Kenneth Wright's and Shanigia Williams's requests for summary judgment on qualified immunity are **GRANTED** and the claims against them are **DISMISSED WITH PREJUDICE.**  Plaintiff's claims against Defendant Frederick Farley are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 25(a).

**SO ORDERED.**

SIGNED March 3, 2022.

_____
/UNITED STATES DISTRICT JUDGE